IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
GEOFFREY ADAMS,                      :
           Petitioner,               :
      v.                             : Case No. 2:06-556-NBF-KAP
ROBERT SHANNON, SUPERINTENDENT,      :
S.C.I. FRACKVILLE,                   :
           Respondent                :
```

<u>MEMORANDUM ORDER</u>

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on April 23, 2007, docket no. 19, recommending that the petitioner's petition for a writ of habeas corpus be denied, and that a certificate of appealability be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. Petitioner filed timely objections, docket no. 20, which I have reviewed but reject.

After <u>de</u> <u>novo</u> review of the record of this matter, together with the Report and Recommendation and the petitioner's timely objections, the following order is entered:

AND NOW, this __28th__ day of May, 2007, it is

ORDERED that the petitioner's petition for a writ of habeas corpus is denied. A certificate of appealability is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

_____
NORA BARRY FISCHER,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

> Geoffrey Adams AJ-2049
> S.C.I. Frackville
> 1111 Altamont Blvd.
> Frackville, PA 17931-2699